IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEDRA WASHINGTON, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. _____ |
| | § | |
| v. | § | (Removed from the 127th Judicial District, |
| | § | Court of Harris County, Texas, |
| MITSUI E&P USA, LLP, | § | Cause No. 2022-69313) |
| | § | |
| *Defendant.* | § | |

### DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Mitsui E&P USA, LLC (incorrectly referred to as Mitsui E&P USA, LLP and hereinafter "Defendant" or "Mitsui") files this Notice of Removal of the above-captioned case to the United States District Court for the Southern District of Texas, Houston Division, and respectfully submits the following statement as the grounds for removal.

### I.
### PROCEDURAL HISTORY

On October 21, 2022, Plaintiff served Defendant with Plaintiff's Original Petition in *Kedra Washingon v. Mitsui E&P USA, LLP*, Cause No. 2022-69313, in the 127th Judicial District Court of Harris County, Texas ("Petition") by forwarding a copy of the Petition to Defendant's counsel, who accepted service by agreement. A true and correct copy of Plaintiff's Original Petition is attached to Index of Matters Being Filed ("Index") as Exhibit A.[1]

In her Petition, Plaintiff alleges Defendant discriminated against her based on her race and retaliated against her in violation of 42 U.S.C. § 1981. Exhibit A to the Index, at ¶¶ 7, 11-12. Defendant filed its Original Answer to Plaintiff's Petition on November 14, 2022 in the 127th

---

[1] In compliance with Local Rule 81, Defendant has attached hereto an Index of Matters being filed.

Judicial District Court of Harris County, Texas. A true and correct copy of Defendant's Original Answer is attached as part of Exhibit A to the Index.

There is no executed process because service was by agreement made by forwarding a copy of the Petition to the undersigned counsel for Defendant. No orders have been signed by the state court judge. A true and correct copy of the Court Docket Sheet is attached as Exhibit B to the Index. A list of all counsel of record is attached as Exhibit C to the Index.

## II.
### JURISDICTION

This Court has original jurisdiction over Plaintiff's action under 28 U.S.C. § 1331, which provides that the federal district courts have jurisdiction over all civil actions arising under the laws of the United States. *Burke v. Ocwen Loan Servicing, L.L.C.*, 855 F. App'x 180, 183 (5th Cir. 2021). In her Petition, Washington's sole claim arises under 42 U.S.C. § 1981. Washington complains of alleged discrimination and retaliation in violation of 42 U.S.C. § 1981. *See* Petition, Exhibit A to the Index, at ¶ 7; *see also id.* at ¶¶ 11, 12.

Because Washington's federal law claims are clear from the face of her Petition, the requirements of 28 U.S.C. § 1331 are satisfied. *See, e.g.*, *Douglas v. Houston Hous. Auth.*, 587 F. App'x 94, 97 (5th Cir. 2014) (inclusion of Section 1981 claims renders removal proper under 28 U.S.C. § 1331 due to federal question jurisdiction); *Ingram v. Papa John's Int'l, Inc.*, 171 F. App'x 439, 440 (5th Cir. 2006) (same). *See also Alabama v. Conley*, 245 F.3d 1292, 1296 (11th Cir. 2001) (recognizing that Section 1981 qualifies under 28 U.S.C. § 1443(1) as a law providing specific civil rights stated in terms of racial equality for purposes of removal under § 1443(1)). Washington's sole claim in this lawsuit is based on a federal statute and, therefore, this Court has federal question jurisdiction over this action. 28 U.S.C. § 1331.

## III.
### TIMELINESS OF REMOVAL

Defendant was served with Plaintiff's Petition on October 21, 2022, the date when it was filed. *See* Exhibit A to the Index, at ¶ 3. Therefore, this Notice is timely filed pursuant to 28 U.S.C. § 1446. Moreover, the United States District Court for the Southern District of Texas, Houston Division encompasses the county in which the state court action is now pending. Thus, this Court is a proper venue for this action pursuant to 28 U.S.C. §§ 124(b)(2) and 1446(a). A true and correct copy of a Notification of Removal will be filed with the Clerk for the Harris County Texas District Court, 127th Judicial District upon removal of this civil action.

## IV.
### JURY DEMAND

Although the Plaintiff's Petition demands a trial by jury, the state court docket reflected that Plaintiff paid a jury fee, and Defendant filed a jury demand, Defendant also demands a trial by jury pursuant to FED. R. CIV. P. 38 and 81.

### CONCLUSION

Accordingly, Defendant Mitsui E&P USA, LLC respectfully prays that the action now pending in the Harris County Texas District Court, 127th Judicial District, Cause No. 2022-69313, as described herein, be removed to the United States District Court for the Southern District of Texas, Houston Division and for such other and further relief to which it may be justly and equitably entitled.

Dated: November 18, 2022

Respectfully submitted,

*/s/ Susan L. Bickley*
Susan L. Bickley
State Bar No. 00298150
Southern District of Texas Bar No. 6869

ATTORNEY-IN-CHARGE FOR DEFENDANT
MITSUI E&P USA, LLC

3

OF COUNSEL

Emery Gullickson Richards
State Bar No. 24093038
Southern District of Texas Bar No. 2487379
BLANK ROME LLP
717 Texas Ave, Suite 1400
Houston, Texas 77002
Tel: (713) 228-6601
Fax: (713) 228-6605

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served in compliance with the Federal Rules of Civil Procedure upon the following counsel on November 18, 2022:

> Mr. Dennis L. Richard
> LAW OFFICE OF DENNIS L. RICHARD
> 14255 Blanco Road
> San Antonio, Texas 78216
> dennislrichardlaw@gmail.com

                        */s/ Susan L. Bickley*
                        Susan L. Bickley

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEDRA WASHINGTON | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | Civil Action No. _____ |
| | § | **Jury Trial Requested** |
| MITSUI E&P USA, LLP, | § | |
| | § | |
| *Defendant.* | § | |

## INDEX OF MATTERS BEING FILED

As required under Local Rule 81, the following is a list of the documents being filed with the Notice of Removal in this action.

1. All executed process in the case – there are no executed process.

2. Pleadings asserting causes of action, e.g., petitions, counterclaims, cross actions, third-party actions, interventions and all answers to such pleadings – a certified copy of Plaintiff's Original Petition and Defendant's Original Answer and Jury Demand are attached as Exhibit A.

3. All orders signed by the state judge – there are no orders signed by the state judge.

4. The docket sheet – a copy of the docket sheet is attached hereto as Exhibit B.

5. An index of matters being filed – this index and all exhibits attached hereto are filed with the Notice of Removal.

6. A list of all counsel of record, including addresses, telephone numbers and parties represented, is attached hereto as Exhibit C.