IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEDRA WASHINGTON, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:22–cv–04012 |
| | § | **Jury Trial Requested** |
| MITSUI E&P USA, LLP, | § | |
| | § | |
| *Defendant.* | § | |

## AGREED FINAL JUDGMENT

Plaintiff Kedra Washington (hereinafter "Plaintiff"), and Defendant Mitsui E&P USA, LLC (incorrectly referred to as Mitsui E&P USA, LLP above), appeared by and through their counsel to stipulate in open court to the dismissal of this action with prejudice. Pursuant to the agreement of the Parties, Plaintiff intends to and has voluntarily dismissed this civil action.

Accordingly, it is ORDERED that all of Plaintiff's claims against Defendant are DISMISSED with prejudice to refiling same without any finding of liability, that all costs of court are taxed against the party incurring those costs, and that all relief sought or which might have been sought and prayed for herein that has not been specifically granted, is hereby denied.

THIS IS A FINAL JUDGMENT.

**SIGNED** at Houston, Texas on this the 27th of June, 2024.

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

AGREED:

LAW OFFICE OF DENNIS L. RICHARD

By: */s/ Dennis L. Richard*
    Dennis L. Richard
    State Bar No. 16842600
    Law Office of Dennis L. Richard
    14255 Blanco Road
    San Antonio, Texas 78216
    (210) 308-6600
    (210) 308-6939 (Fax)
    Email: dennislrichardlaw@gmail.com

ATTORNEYS FOR PLAINTIFF,
KEDRA WASHINGTON

BLANK ROME LLP

By: */s/ Susan L. Bickley*
    Susan L. Bickley
    State Bar No. 02298150
    Southern District of Texas Bar No. 6869
    717 Texas Avenue, Suite 1400
    Houston, Texas 77002
    (713) 228-6601
    (713) 228-6605 (Fax)
    Email: susan.bickley@blankrome.com

ATTORNEYS FOR DEFENDANT,
MITSUI E&P USA, LLC
(incorrectly identified as Mitsui E&P USA LLP)